**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| EDWARD D. JONES & CO., L. P. d/b/a EDWARD JONES, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| MICHAEL EISENBRAUN and DEBRA FEASER, | ) ) ) ) |
| Defendants. | ) ) |

Case No.: 1:18-cv-06428

**ORDER GRANTING EXTENSION OF TEMPORARY RESTRAINING ORDER**

Upon the Court's review of Plaintiff Edward D. Jones & Co., L.P. d/b/a Edward Jones' letter motion which requests an extension of the Temporary Restraining Order, and good cause having been shown as FINRA has not yet assembled a panel to hear this matter, the Court hereby:

ORDERS that, pursuant to Rule 65(b)(2) of the Federal Rules of Civil Procedure, the Temporary Restraining Order issued by this Court on November 15, 2018 shall be extended for fourteen (14) days or until the commencement of a FINRA Rule 13804 hearing, whichever is sooner.

Dated: November 28, 2018
       Brooklyn, New York

                                                  /s/ Pamela K Chen
                                                  Pamela K. Chen
                                                  United States District Judge