UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

EDWARD D. JONES & CO., L. P. d/b/a
EDWARD JONES,

    Plaintiff,

v.

MICHAEL EISENBRAUN and
DEBRA FEASER,

    Defendants.

Case No.: 18-cv-06428 (PKC)

## PLAINTIFF'S VOLUNTARY DISMISSAL OF LAWSUIT WITHOUT PREJUDICE

COMES NOW Plaintiff, Edward D. Jones & Co., L.P. d/b/a Edward Jones ("Edward Jones"), by and through its undersigned counsel, and, pursuant to Federal Rule of Civil Procedure 41(a), hereby voluntarily dismisses the above-captioned lawsuit without prejudice.

Dated: White Plains, New York
December 11, 2018

Respectfully submitted,

HARRIS BEACH PLLC

_____
Darius P. Chafizadeh
Mathew T. Dudley
*Attorneys for Plaintiff*
445 Hamilton Avenue, Suite 1206
White Plains, New York 10601
Phone: (914) 683-1200
Fax: (914) 683-1210
dchafizadeh@harrisbeach.com
mdudley@harrisbeach.com